# FORM A

**CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER
UNDER 42 U.S.C. § 1983 or
UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS***

Rev. 10/10

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

**FILED**
JAMES J. VILT, JR. - CLERK
MAR 17 2025
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Randy Lynn Turner
Timmy Ray Smith
_____
(Full name of the Plaintiff(s) in this action)

v.                                                          CIVIL ACTION NO. 4:25-CV-22-JHM
                                                            (To be supplied by the clerk)

Daveiss County sheriff
office, Skaggs
Deputy Sheriff
_____

(X) DEMAND FOR JURY TRIAL

(_) NO JURY TRIAL DEMAND
(Check only one)

(Full name of the Defendant(s) in this action)

**I.     PARTIES**

(A) **Plaintiff(s).** Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status. Repeat this procedure for each additional Plaintiff named, if any.

(1) Name of Plaintiff: Randy Lynn Turner

Place of Confinement: Daveiss County Detention Center

Address: 3337 Hwy 144 Owensboro, Ky. 42303

Status of Plaintiff: CONVICTED (_)   PRETRIAL DETAINEE (X)

(2) Name of Plaintiff: Randy Lynn Turner

Place of Confinement: Daveiss County Detention Center

Address: 3337 Hwy 144, Owensboro Ky. 42303

Status of Plaintiff: CONVICTED (__) PRETRIAL DETAINEE (X)

(3) Name of Plaintiff: Randy Lynn Turner

Place of Confinement: Daveiss County Detention Center

Address: 3337 Hwy 144 Owensboro, Ky. 42303

Status of Plaintiff: CONVICTED (__) PRETRIAL DETAINEE (X)

**(B) Defendant(s).** Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued. Repeat this procedure for each additional Defendant named, if any.

(1) Defendant Sheriff Skaggs Daveiss Co. ~~Sheriff~~ is employed as Deputy at St Ann St. Owensboro, Ky 42302

The Defendant is being sued in his/her (__) individual and/or (X) official capacity.

(2) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (__) individual and/or (__) official capacity.

(3) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (__) individual and/or (__) official capacity.

(4) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (__) individual and/or (__) official capacity.

(5) Defendant _____NONE_____ is employed as _____ at _____.

The Defendant is being sued in his/her (__) individual and/or (__) official capacity.

## II. PREVIOUS LAWSUITS

(A) Have you begun other lawsuits in State or Federal court dealing with the <u>same facts</u> involved in this action? YES (__) NO (X)

(B) If your answer to "A" is YES, describe the lawsuit in the spaces below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.

Parties to the previous lawsuit:

Plaintiff(s): _____NONE_____

Defendant(s): _____NONE_____

Court (if federal court, name the district. If state court, name the county):
_____NONE_____

Docket number: _____NONE_____

Name of judge to whom the case was assigned: _____NONE_____

Type of case (for example, habeas corpus or civil rights action): _____NONE_____

Disposition (for example, Was the case dismissed? Is it still pending? Is it on appeal?):
_____NONE_____

Approximate date of filing lawsuit: _____NONE_____

Approximate date of disposition: _____NONE_____

3

## III. STATEMENT OF CLAIM(S)

State here the FACTS of your case. State how you believe your constitutional rights were violated. Describe how each Defendant violated your rights. And set forth the dates on which each event took place. Do not make legal arguments or cite cases or statutes. However, identify the constitutional right(s) you allege was/were violated. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

Back IN 2021 A Deputy Sheriff Skaggs she A lady officer of the Daveiss County Sheriff Office, was working a case on a trailer that was stolen, Here Daveiss county! Back IN 2021 I DoN't remmbe what month, I am or was out oN River IN Daveiss county, the Backwater had been up, I live IN Lexington, Kentucky, But I am From Owensboro, was IN visiting, my step father had pass aways, It was around 11:00 pm when I got IN town, I was IN a rental truck pulling a trailer, I needed To pick up property that belong to my step father. that I haded a truck and trailer with ME, I got stuck IN mud, I call my Brother come help me get out, well a week so go by I get a phone From my Brother, said that a Deputy Sheriff Skaggs, I talk to her on the Phone, told I was pulling a trailer, It belong to the Man I work for.

4

### III. STATEMENT OF CLAIM(S) continued

the Next day, I call Deputy Skaggs, at work my Boss was there, I gave the phone, she would not talk to Him, She go's and pull A arrest Warrant ON ME she told the Judge, My Brother and his wife told I took the trailer, My Brother went down to the sheriff office, and told them never told them that. It got ME Parole violated, sent Back to prison. 3 years. My right was violated By Her lieing and perjury on the warrant, I don't Know much about the constinctional and all that all know you can't lie on a warrant to get some one arrest, I cost me a lot my wife pass away why I was in. I never got to see her again all my Blonging got sold. It was all a Bad deal that why I am puting this complaint on the Daveiss county sheriff office and Deputy Skaggs, all this still going in circuit court in Owensboro ky., It been set for trail 3 time, and the Commonweath keep puting it off.    Randy L. Turner
Civil Right to liberty of a citizen of the U.S.A

## IV. RELIEF

State exactly what you want the Court to do for you. (If you seek relief which affects the fact or duration of your imprisonment (for example: release from illegal detention, restoration of good time, expungement of records, release on parole), you must also file your claim under 28 U.S.C. §§ 2241, 2254 or 2255.) The Plaintiff(s) want(s) the Court to:

\_\_\_\_ award money damages in the amount of $ __NONE__

\_\_\_\_ grant injunctive relief by __NONE__

\_\_\_\_ award punitive damages in the amount of $ __NONE__

\_\_\_\_ other: __NONE__

## V. DECLARATION UNDER PENALTY OF PERJURY
(each Plaintiff must sign for him/herself)

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This \_\_\_ day of __January__, 20__24__

*Randy Lynn Turner*
(Signature of Plaintiff)

*Timmy Ray Smith*
(Signature of additional Plaintiff)

_____
(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on _____.

*Randy Lynn Turner*
(Signature)

Randy h. Turner
Daviess County Detention Center
3337 Hwy 144
Owensboro, Ky. 42303

DAVIESS CO.
UNCENSORED
JAIL MAIL

THE Clerk's Office
United States courthouse
423 Frederica Street Suite 126
Owensboro, Ky. 42301-3013



LOUISVILLE KY 400
13 MAR 2025 PM 1 L



FOREVER / USA